## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

SIERRA CLUB, INC.,                                     CASE NO.:   6:14-cv-1877-Orl-40GJK
     *Plaintiff*,

**v.**

ST. JOHNS RIVER WATER MANAGEMENT
DISTRICT, GOVERNING BOARD OF THE
ST. JOHNS RIVER WATER MANAGEMENT
DISTRICT, et al.,
     *Defendants*,

**and**

MIAMI CORPORATION,
     *Intervenor*.

_____

### STATE DEFENDANTS ST. JOHNS RIVER WATER MANAGEMENT DISTRICT, ET AL.'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS IN LOCAL RULE 3.01

State Defendants St. Johns River Water Management District, Governing Board of the St. Johns River Water Management District, John Miklos, Fred Roberts, Jr., Douglas Bournique, Douglas Burnett, Susan Dolan,[1] Charles Drake, Ron Howse, and Janet Price,[2] in their official capacities as members of the Governing Board (collectively, the "District") file this Motion for Leave to Exceed Page Limitations in Local Rule 3.01. In support, the District states as follows:

---

[1] Because Maryam Ghyabi, who served on the Governing Board from May 19, 2009 through March 31, 2017, no longer holds this office, her successor, Susan Dolan, is automatically substituted as a party. *See* Fed. R. Civ. Proc. 25(d).

[2] Because Carla Yetter, who served on the Governing Board from March 28, 2014 through May 19, 2017, no longer holds this office, her successor, Janet Price, is automatically substituted as a party. *See* Fed. R. Civ. Proc. 25(d). Additionally, John P. Browning, Jr., who served on the Governing Board from March 14, 2016 through May 2, 2017, no longer holds this office. The District will notify the Court when his successor is appointed and thus automatically substituted as a party. *See id.*

1. Plaintiff maintains this action under the Federal Administrative Procedure Act and seeks judicial review of several actions undertaken by state and federal agencies related to state and federal mitigation bank permitting. The Administrative Record subject to review contains more than 7,700 pages.

2. Plaintiff has filed a motion for summary judgment and memorandum of law, which contains a total of 31 pages, and to the length of which the District did not object.

3. The District intends to file a single document containing its motion for summary judgment, cross-motion for summary judgment, and memorandum of law, which totals 34 pages, inclusive of the certificate of service. The substance of the arguments in response to Plaintiff's motion for summary judgment and in support of the District's cross-motion for summary judgment are substantially the same, and this approach is intended to provide for efficiency of this Court's review. The legal arguments are complex, and the record is voluminous; thus, the number of pages in excess of the requirements contained in Local Rule 3.01 are necessary to fully and efficiently explain the issues.

4. The District has consulted with counsel for the other parties. Counsels for Plaintiff and Miami Corporation do not object to the relief the District seeks. The District has contacted counsel for the federal Defendants by email and phone, but has not received a response. The District will continue to follow up and will amend this motion to reflect whether the federal Defendants object as soon as consultation can be accomplished.

WHEREFORE, for the foregoing reasons, the District asks this Court to grant its Motion for Leave to Exceed Page Limitations in Local Rule 3.01, and accept the District's filing containing 35 pages, inclusive of the certificate of service.

Dated: February 19, 2018                      Respectfully submitted,

                                              /s/Erin H. Preston
                                              Erin H. Preston
                                              Fla. Bar No. 85983
                                              Attorney for State Defendants
                                              St. Johns Water Management District, et al.
                                              4049 Reid Street
                                              Palatka, FL 32177
                                              (386) 329-4176
                                              epreston@sjrwmd.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2018, I electronically filed the foregoing State Defendants St. Johns River Water Management District, et al.'s Response in Opposition to Plaintiff's Motion for Summary Judgment, Cross-Motion for Summary Judgment, and Memorandum of Law with the Clerk of Court using the CM/ECF system, which will automatically serve the following attorneys of record: Lesley Blackner, lesleyblackner@gmail.com, Attorney for Plaintiff; Norman Rave, Norman.Rave@usdoj.gov, and Laura Duncan, Laura.Duncan@usdoj.gov, Attorneys for the U.S. Army Corps of Engineers; and Brian Bolves, bbolves@mansonbolves.com, and William Bilenky, bbilenky@mansonbolves.com, Attorneys for Intervenor.

                                              s/Erin H. Preston
                                              Erin H. Preston